Holly Sutherland, ISB #9521
Avery Law
3090 E. Gentry Way, STE 150
Meridian, ID 83642
Telephone: (208) 639-9400
Facsimile:  (208) 524-2051

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 17-01602-JDP |
| Jessica Eash ) | |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |

**DEBTOR'S OBJECTION TO TRUSTEE'S MOTION FOR TURNOVER**

COMES NOW Jessica Eash, Debtor herein, by and through Holly Sutherland of Avery Law, and hereby objects to Trustee's Motion for Turnover, filed on June 14, 2021, (Dkt No. 80), for the following reason(s):

1. Debtor previously worked for the Idaho Arts Charter School as a teacher until May 2021. Debtor moved to Las Vegas, NV shortly at the end of the school term.

2. Debtor has provided her March to May pay stubs and a copy of her job contract. Debtor accepted a position at the Clark County School District as a second grade teacher, but does not received her first pay stub until the school year begins in the Fall 2021.

3. Debtor wishes to comply with the Trustee's Motion for Turnover, but is unable to submit an appropriate Supplemental Schedules I and J until she receives her first paycheck. Debtor is unsure what her deductions are. She anticipates an annual salary of $58,309.00. Debtor is currently not receiving any additional funds from unemployment.

WHEREFORE, Debtor prays this matter be set for hearing, subject to later final determination. So moved. //end of text//

Dated this 1st day of July, 2021.

/s/ __Holly Sutherland__
Attorney for Debtor

CERTIFICATE OF SERVICE

COMES NOW, Crystal M. Robertson, and hereby certifies that on July 1, 2021, I electronically filed the Debtor's Objection to the Trustee's Motion for Turnover on the CM/ECF system, which sent a Notice to the following persons:

Kathleen McCallister @ kam@kam13trustee.com

U.S. Trustee @ ustp.region18.bs.ecf@usdoj.gov

And, I hereby certify that I served a true and correct copy of the above-mentioned was served on July 1, 2021, upon the following person(s) by mailing with the necessary postage affixed thereto:

Jessica Eash
8971 Crooked Court
Las Vegas, NV 89123

/s/ Crystal Robertson
Chapter 13 Paralegal