Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF IDAHO

| In re: | Case No. 17-01602-JDP |
|---|---|
| JESSICA MARIE EASH, | |
| Debtor. | Chapter 13 |

**Notice of Motion to Modify Confirmed Plan and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one [21] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### MOTION TO MODIFY THE CONFIRMED PLAN

COMES NOW Kathleen A. McCallister, standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to 11 U.S.C. § 1329, hereby moves to the Court for the entry of an order modifying Debtor's plan as provided herein and states as follows:

## INTRODUCTION

1. Debtor filed a Voluntary Petition for relief under Chapter 13 on December 5, 2017. Docket No. 1. Debtor's Chapter 13 Plan was confirmed on August 9, 2018. Docket No. 70. Debtor's confirmed plan does not pay allowed unsecured claims in full.

2. Debtor's plan payments are currently $800.00 and there is no scheduled increase to plan payments during the remaining term of the plan.

3. The most recently filed Schedule I, filed June 6, 2018, reflects that Ms. Eash was employed by Idaho Arts Charter School and earning a gross income of $4,475.43; which after deducting taxes, insurance and mandatory contributions for retirement plans nets out to $3,216.97. Docket No. 63.

4. Debtor's most recently filed Schedule J, filed on June 6, 2018, reflects Debtor having $2,409.81 in monthly expenses. Docket No. 63.

## POST-CONFIRMATION CHANGES TO DEBTORS' INCOME

5. In response to Trustee's Motion for Turnover of Debtor's Records filed June 14, 2021 and granted by order of the court on July 29, 2021, Docket No. 84, Debtor has provided her paystubs through October 8, 2021. Ms. Eash is now employed at Clark County School District and her paystubs reflect an average monthly gross income of $4,941.30. After tax and insurance deductions, Ms. Eash's monthly net income averages to approximately $4,356.14. This constitutes an increase of $1,139.17 per month in net income since the last Schedule I filed. Docket No. 63.

6. Through her attorney, Debtor advised the trustee's office that Debtor's live-in significate other is currently unemployed and "going back to school." But, Debtor has failed to

file supplemental schedules I/J, as ordered by the court on July 29, 2021, to attest to her current expenses.

## PROPOSED PLAN MODIFICATION

7.　　To the best of Trustee's knowledge, Debtor's net income has increased by approximately $1,139.17. After consideration of her last reported monthly expenses, Debtor has $1,939.17 in monthly disposable income available to pay towards her plan.

8.　　Debtor's plan should therefore be modified, beginning with the plan payment due in November 2021, to increase Debtor's regular monthly plan payment to $1,939.17 for the remaining term of Debtor's plan.

WHEREFORE, Trustee respectfully requests that the Court GRANT this Motion to Modify the Confirmed Plan and order the plan be modified so that beginning with the plan payment due in November 2021, Debtor's regular monthly plan payment increases to $1,939.17 for the remaining term of Debtor's plan or for such other relief as this Court deems just.

DATED:  October 28, 2021　　　　　OFFICE OF KATHLEEN A. McCALLISTER,
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

　　　　　　　　　　　　　　　　　　By:  /s/ *Jeffrey P. Kaufman*
　　　　　　　　　　　　　　　　　　　　　Jeffrey P. Kaufman,
　　　　　　　　　　　　　　　　　　　　　Attorney for Trustee

## CERTIFICATE OF SERVICE

I, THEIREBY CERTIFY that on October 28, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | Holly Sutherland, Attorney for Debtors<br>holly@averylaw.net |

AND I FURTTHEIR CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Jessica Eash
8971 Crokked Court
Las Vegas, NV 89123

                                              /s/  Shawna Williams
                                              Shawna Williams, Office Manager